# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Central States Southeast and Southwest Areas Pension Fund and Howard McDougall v. Smeltzer Enterprises Incorporated d/b/a White Tower Industrial Laundry and Cleaners, a Michigan Corporation | FILED: MAY 28, 2008<br>08CV3065 J. N.<br>JUDGE GOTTSCHALL<br>MAG. JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States Southeast and Southwest Areas Pension Fund and Howard McDougall, trustee

| |
|---|
| NAME (Type or print)<br>Timothy C. Reuter |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Timothy C. Reuter |
| FIRM<br>Central States Southeast and Southwest Areas Pension Fund |
| STREET ADDRESS<br>9377 W. Higgins Rd., 10th FL |
| CITY/STATE/ZIP<br>Rosemont, IL 60018 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06279373 | TELEPHONE NUMBER<br>847-518-9800 ex. 3481 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐