## United States District Court for the Northern District of Illinois

Case Number: 08CV3065              Assigned/Issued By: J. N.

Judge Name: GOTTSCHALL           Designated Magistrate Judge: SCHENKIER

---

### FEE INFORMATION

Amount Due:  [✓] $350.00    [ ] $39.00    [ ] $5.00
             [ ] IFP        [ ] No Fee    [ ] Other _____
             [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                           Receipt #: 2809775

Date Payment Rec'd: 5/28/08                Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                                [ ] Alias Summons

[ ] Third Party Summons                    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons     _____
                                           _____
                                           (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

1  Original and  0  copies on  5/28/08  as to  DEFENDANT
                                (Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05