AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Central States, Southeast and Southwest Areas
Pension Fund, and Howard McDougall, trustee

CASE NUMBER:

V.

ASSIGNED JUDGE:

Smeltzer Enterprises Incorporated d/b/a White
Tower Industrial Laundry and Cleaners, a
Michigan corporation

08CV3065
DESIGNATED       JUDGE GOTTSCHALL
MAGISTRATE JUDGE:  MAG. JUDGE SCHENKIER

TO: (Name and address of Defendant)

Smeltzer Enterprises Incorporated
c/o J. Laevin Weiner, Registered Agent
5435 Corporate Drive, Suite 225
Troy, Michigan 48098

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laura B. Bacon
Central States Law Department
9377 W. Higgins Road
Rosemont, Illinois 60018-4938
(847) 518-9800 ex. 3704

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*[signature]*
(By) DEPUTY CLERK

May 28, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6-4-08 |
| NAME OF SERVER (PRINT) HANA ALAZAZI | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: Michele Seger (Legal Asst.)

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-4-08
Date

Signature of Server

22670 Goddard Rd. Taylor MI 48180
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.