# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee,<br><br>    Plaintiffs,<br><br> v.<br><br>SMELTZER ENTERPRISES INCORPORATED d/b/a WHITE TOWER INDUSTRIAL LAUNDRY & CLEANERS, a Michigan corporation,<br><br>    Defendant. | Case No. 08 C 3065<br><br>Judge Gottschall<br><br>Magistrate Judge Schenkier |

## NOTICE OF MOTION

TO: J. Laevin Weiner
   Registered Agent
   5435 Corporate Drive, Suite 225
   Troy, Michigan 48098

  PLEASE TAKE NOTICE that on July 24, 2008, at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, Plaintiffs' attorney will appear before the Honorable Joan B. Gottschall of the United States District Court for the Northern District of Illinois,

located at Courtroom 2325, 219 South Dearborn, Chicago, Illinois, or such other Judge as may be sitting in her stead, and then and there present the attached Plaintiffs' Motion for Default Judgment. You are entitled to appear and be heard.

    Respectfully submitted,

/s/ Laura B. Bacon  
Laura B. Bacon  
Attorney for Plaintiffs  
Central States, Southeast and  
Southwest Areas Pension Fund  
9377 W. Higgins Road  
Rosemont, Illinois 60018-4938  
(847)518-9800, Ext. 3704  
ARDC No. 6288982  
lbacon@centralstatesfunds.org

## CERTIFICATE OF SERVICE

I, Laura B. Bacon, one of the attorneys for the Central States, Southeast and Southwest Areas Pension Fund, certify that on July 15, 2008 I caused the foregoing Notice of Motion and Plaintiffs' Motion for Default Judgment to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system. For all other parties, who are listed below, I served the foregoing by mailing said documents to:

> J. Laevin Weiner
> Registered Agent for Smeltzer Enterprises Incorporated d/b/a White Tower Industrial Laundry & Cleaners
> 5435 Corporate Drive, Suite 225
> Troy, Michigan 48098

Said document was deposited via Overnight Mail, care of the United Parcel Service, at 9377 West Higgins Road, Rosemont, Illinois, 60018-4938, this 15th day of July, 2008.

/s/ Laura B. Bacon
Laura B. Bacon
One of Central States' Attorneys