## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3065 | **DATE** | 7/24/2008 |
| **CASE TITLE** | Central States PenFd, et al vs. Smeltzer Enterprises | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' motion for default judgment [12] is granted. Enter Judgment Order. It is hereby ordered that default judgment is entered in favor of Plaintiffs and against Defendant in the amount of $13,732.72. This court shall retain jurisdiction of the cause for the purpose of enforcing this Order. Civil Case Terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

00:03

FILED
2008 JUL 25 PM 3:46
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RJ |
|---|---|---|