# United States District Court
## Northern District of Illinois
### Eastern Division

Central States PenFd, et al

v.

Smeltzer Enterprises Inc., et al

**JUDGMENT IN A CIVIL CASE**

Case Number: 08 C 3065

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiffs and against Defendants in the amount of $13,732.72. Civil Case Terminated.

Michael W. Dobbins, Clerk of Court

Date: 7/24/2008

/s/ Rhonda Johnson, Deputy Clerk